**419-13**

# ELECTRONIC RECORD

CCA #  14-12-00745-CR

OFFENSE  Manslaughter

STYLE:  Isaac Cardale Lensey v. The State of Texas

COUNTY  Harris

TRIAL COURT:  338th District Court

TRIAL COURT #:  1311361

TRIAL COURT JUDGE:  Judge, 338th District Court

DISPOSITION: *Affirmed as modified*

DATE:  3/19/13

JUSTICE: _____ PC ✓ S ____

PUBLISH: _____  DNP: ✓

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

CLK RECORD: 1 vol

RPT RECORD: 6 vols.

STATE BR: yes

APP BR: yes

SUPP CLK RECORD  2 vols

SUPP RPT RECORD  No

SUPP BR  Reply yes

PRO SE BR  No

## IN THE COURT OF CRIMINAL APPEALS

**419-13**

# ELECTRONIC RECORD

___State's___ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

*granted & remanded*

DATE: April 16, 2014

JUDGE: PC

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

CCA # _____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____  PC: _____

PUBLISH: _____  DNP: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____